UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RICHARD KRAEMER, Individually And On Behalf Of All Others Similarly Situated,

        Plaintiff,

v.

DEUTSCHE BANK AG and DEUTSCHE BANK SECURITIES INC.,

        Defendants.

Civil Action No.: 08-CV-2788

**APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.

    I certify that I am admitted to practice in this Court.


Dated:  New York, New York
       April 18, 2008

                        GREENBERG TRAURIG, LLP


                        By:   /s/ Stephen L. Saxl
                             Stephen L. Saxl (SS-1028)
                             200 Park Avenue
                             New York, New York  10166
                             Tel.  (212) 801-9200
                             Fax  (212) 801-6400
                             saxls@gtlaw.com