UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD KRAEMER, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br><br>DEUTSCHE BANK AG and DEUTSCHE BANK SECURITIES INC.,<br><br>　　　　　　Defendants. | Civil Action No.: 08-CV-2788<br><br><br>**APPEARANCE** |

To the Clerk of this Court and all parties of record:

　　Please enter my appearance as counsel in this case for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.

　　I certify that I am admitted to practice in this Court.


Dated:　New York, New York
　　　　April 18, 2008　　　　　　　　　GREENBERG TRAURIG, LLP


　　　　　　　　　　　　　　　　By:　　/s/ Toby S. Soli　　　　　
　　　　　　　　　　　　　　　　　　Toby S. Soli (TS-4493)
　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　New York, New York  10166
　　　　　　　　　　　　　　　　　　Tel.  (212) 801-9200
　　　　　　　　　　　　　　　　　　Fax  (212) 801-6400
　　　　　　　　　　　　　　　　　　solit@gtlaw.com