UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD KRAEMER, Individually And On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>         v.<br><br><br>DEUTSCHE BANK AG and DEUTSCHE BANK SECURITIES INC.,<br><br>                    Defendants. | Civil Action No.: 08-CV-2788<br><br><br>**DEFENDANTS' RULE 7.1**<br>**DISCLOSURE STATEMENT** |

Defendants, by their undersigned attorneys, make the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Defendant Deutsche Bank Securities Inc. is a wholly-owned subsidiary of DB U.S. Financial Markets Holding Corporation, which in turn is a wholly-owned subsidiary of Taunus Corporation, which in turn is a wholly-owned subsidiary of defendant Deutsche Bank AG, which is publicly traded.

Dated:  New York, New York
         April 18, 2008

                              GREENBERG TRAURIG, LLP

                        By:      /s/ Stephen L. Saxl
                              Stephen L. Saxl (SS-1028)
                              Toby S. Soli (TS-4493)
                              200 Park Avenue
                              New York, New York  10166
                              Tel.  (212) 801-9200
                              Fax   (212) 801-6400
                              saxls@gtlaw.com
                              solit@gtlaw.com