UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RICHARD KRAEMER,

                      Plaintiff,

       v.

DEUTSCHE BANK AG, et al.,

                      Defendants.

------------------------------------------------------------X

08 CV 2788 (LAP)

**MEMORANDUM**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

LORETTA A. PRESKA, United States District Judge:

    The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents Deutsche Bank AG and/or its affiliates, and he does <u>not</u> work on those matters.

SO ORDERED:

Dated: April 21, 2008

                                              _____
                                              LORETTA A. PRESKA, U.S.D.J.

CGRMEMDEUTSCHE