```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RICHARD KRAEMER,  :  08 CV 2788 (LAP)

                Plaintiff,  :  **ORDER**

    v.  :

DEUTSCHE BANK AG, et al.,  :

                Defendants.  :

------------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

    Having reviewed Mr. Girard's letter of April 16, Mr. Kasner's letter of April 17 and Mr. Korsinsky's letter of April 17, counsel's attention is directed to the Corrected Memorandum in <u>Burton</u> dated April 21, 2008. To the extent that any party wishes to move to recuse the Court, that party shall do so promptly.

SO ORDERED:

Dated: April 21, 2008

                                                 _____
                                               LORETTA A. PRESKA, U.S.D.J.

KRAEMERORDER421