UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RICHARD KRAEMER, Individually And On Behalf Of All Others Similarly Situated,

Plaintiff,

v.

DEUTSCHE BANK AG and DEUTSCHE BANK SECURITIES INC.,

Defendants.

Civil Action No. 08 CV 2788 (LAP)

**STIPULATION AND ORDER**

WHEREAS, on March 17, 2008, plaintiff Richard Kraemer ("Plaintiff") filed a putative Class Action Complaint (the "Complaint") in the above-captioned matter; and

WHEREAS, Plaintiff has indicated that he intends to amend his Complaint (the "Amended Complaint");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants Deutsche Bank AG and Deutsche Bank Securities Inc. (collectively, "Defendants"), through their undersigned counsel, as follows:

1. Defendants shall not be required to answer, move against, or otherwise respond to the Complaint.

2. Defendants shall have sixty (60) days from service of the Amended Complaint to answer, move against, or otherwise respond to the Amended Complaint.

3. In the event that Defendants move to dismiss the Amended Complaint, the parties will discuss a briefing schedule and submit a proposed schedule to the Court in advance of the deadline for responding to the Amended Complaint.

Dated: New York, New York
April 24, 2008

GREENBERG TRAURIG, LLP

By: /s/ Stephen L. Saxl
Stephen L. Saxl (SS-1028)
Toby S. Soli (TS-4493)
200 Park Avenue
New York, New York 10166
Tel.: 212-801-9200
Fax: 212-801-6400
saxls@gtlaw.com
solit@gtlaw.com

*Attorneys for Defendants
Deutsche Bank AG and
Deutsche Bank Securities Inc.*

GIRARD GIBBS LLP

By: /s/ Jonathan K. Levine
Jonathan K. Levine (JL-8390)
Daniel C. Girard
Aaron M. Sheanin
601 California Street 14th Floor
San Francisco, CA 94108
Tel.: 415-981-4800
Fax: 415-981-4846

SEEGER WEISS LLP
Christopher A. Seeger (CS-4880)
Stephen A. Weiss (SW-3520)
David R. Buchanan (DB-6368)
One William Street, 10th Floor
New York, NY 10004
Tel.: 212-584-0757
Fax: 212-584-0799

STUEVE SIEGEL HANSON LLP
Norman E. Siegel
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel.: 816-714-7100
Fax: 816-714-7101

*Attorneys for Plaintiff Richard Kraemer*

[Handwritten annotation: To the extent that defendants deem the Amended Complaint to be deficient, they shall so inform plaintiff by letter, noting the perceived deficiencies. Within a week thereof, Plaintiff shall inform Defendants whether he wishes to stand on the Amended Complaint, with no further amendments, or file a second amended complaint with no further amendments.]

SO ORDERED:

Dated: April 28, 2008

/s/ Loretta A. Preska
Hon. Loretta A. Preska, U.S.D.J.

2