UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RICHARD KRAMER, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

    v.

DEUTSCHE BANK AG and DEUTSCHE
BANK SECURITIES INC.,

                Defendants.
------------------------------------------------------------X

08 CV 2788 (LAP)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

LORETTA A. PRESKA, United States District Judge:

By Order dated April 21, 2008, in response to counsel's letter, the Court ordered that if any party wished to move to recuse, he should do so promptly. Having received no such motion, the Court deems any objection to its continuing to preside over this action to be waived.

SO ORDERED:

Dated: June 9, 2008

                                          _____
                                          LORETTA A. PRESKA, U.S.D.J.

Kramerorder69