SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Richard Kraemer, et al.     Plaintiff,

8   cv  02788   ( lap )

- against -

Deutsche Bank AG and Deutsche
Bank Securities Inc.,     Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Jonathan K. Levine  attorney for  Plaintiff, Richard Kraemer

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Daniel C. Girard |
| Firm Name: | Girard Gibbs LLP |
| Address: | 601 California Street, Suite 1400 |
| City/State/Zip: | San Francisco, CA 94108 |
| Telephone/Fax: | (415) 981-4800 |
| Email Address: | dcg@girardgibbs.com |

is admitted to practice pro hac vice as counsel for  Plaintiff, Richard Kraemer  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: June 10, 2008
City, State: New York, NY

_Loretta A. Preska_
United States District/Magistrate Judge

FOR OFFICE USE ONLY. FEE PAID $ _____  SDNY RECEIPT# _____
SDNY Form Web 10/2006