Christopher A. Seeger, Esq.
Stephen A. Weiss, Esq.
SEEGER WEISS LLP
One William Street
New York, NY 10004
Tel. (212) 584-0700
Fax. (212) 584-099

Attorneys for Plaintiff



COURTESY COPY

RECEIVED

JUL 25 2008

LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S. D. N. Y.

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Richard Kraemer, Individually<br>And On Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br>v.<br><br>Deutsche Bank AG and Deutsche Bank Securities Inc.,<br><br>Defendants. | **Civil Action No.: 08-cv-02788**<br><br>**PLAINTIFF'S MOTION TO ADMIT COUNSEL *PRO HAC VICE***<br><br><br>ELECTRONICALY FILED CASE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United Stated District Courts for the Southern and Eastern Districts of New York, I, Stephen A. Weiss, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

NORMAN E. SIEGEL
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7170
Fax: (816) 714-7101

NORMAN EL SIEGEL is a member in good standing of the Supreme Court of Missouri,

United States District Court for the District of Kansas and the Western District of Missouri.

There are no pending disciplinary proceedings against Mr. Siegel any State or Federal Court.

Attached hereto as Exhibit A are original certificates of good standing for Mr. Siegel from the

U.S. District Court of Kansas and the Western District of Missouri.

Dated:  July 23, 2008
New York, New York

Respectfully submitted,

Stephen A. Weiss (SW-3520)
Christopher A. Seeger (CS-4880)
SEEGER WEISS LLP
One William Street
New York, NY 10004
(212) 584-0700 telephone
(212) 584-0799 facsimile
sweiss@seegerweiss.com
cseeger@seegerweiss.com

Christopher A. Seeger, Esq.
Stephen A. Weiss, Esq.
SEEGER WEISS LLP
One William Street
New York, NY 10004
Tel.: (212) 584-0700
Fax.: (212) 584-099

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Richard Kraemer, Individually And On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>Deutsche Bank AG and Deutsche Bank Securities Inc., )<br><br>Defendants. ) | **Civil Action No.: 08-cv-02788**<br><br>**AFFIDAVIT OF STEPHEN A. WEISS IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***<br><br>ELECTRONICALY FILED CASE |

State of New York   )
                    )   ss:
County of New York  )

Stephen A. Weiss, being duly sworn, hereby deposes and says as follows:

1.      I am a partner at the law firm of Seeger Weiss LLP, counsel for Plaintiff in the above

captioned action.  I am familiar with the proceedings in this case.  I make this statement based on

my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit

Norman E. Siegel, of the firm Stueve Siegel Hanson LLP, as counsel *pro hac vice* to represent

Plaintiff in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to

practice law in June 1992.  I am also admitted to the bar of the United States District Court for

the Southern and Eastern District of New York, and am in good standing thereof.

3.      Mr. Norman E. Siegel is a member of the law firm Stueve Siegel Hanson LLP.

4.      Although I have known Mr. Norman E. Siegel for a short time, I have known of his firm,

Stueve Siegel Hanson LLP, for a considerably long period of time and can attest to Mr. Siegel

fine qualities as a skilled attorney and a person of integrity and good character.   He is

experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

5.      Accordingly, I am pleased to move the admission of Norman E. Siegel, *pro hac vice*.  A

proposed order is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Norman E. Siegel to

represent the Plaintiff in the above captioned matter, be granted.

Dated:  July 23, 2008
New York, New York

                                                         Respectfully submitted,

                                                         Stephen A. Weiss (SW-3520)
                                                         Christopher A. Seeger (CS4880)
                                                         SEEGER WEISS LLP
                                                         One William Street
                                                         New York, NY 10004
                                                         (212) 584-0700 telephone
                                                         (212) 584-0799 facsimile

Sworn to before me this
23rd   day of July 2008

_____
NOTARY PUBLIC

Jose D. Mora
Notary Public State of New York
No. 03-6002383 Qualified in Bronx County
Certificate Filed in New York County
Commission Expires August 6, 2009

2

# EXHIBIT A

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on October 1, 1993,

# *Norman Eli Siegel*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 18th day of July, 2008.

_____

Clerk of the Supreme Court of Missouri

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**        )
                                    )    ss.
**WESTERN DISTRICT OF MISSOURI**    )

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Norman E. Siegel was duly admitted to practice in said Court on October 8, 1993.

Norman E. Siegel is currently in an active status and has not been disciplined by this Court.

Dated at Kansas City, Missouri
on July 16, 2008

*Patricia L. Brune*
Patricia L. Brune, Court Executive

By  *Joella Baldwin*
Joella Baldwin, Deputy Clerk

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ KANSAS _____

## CERTIFICATE OF
## GOOD STANDING

I, _____ TIMOTHY M. O'BRIEN _____, *Clerk of this Court,*

*certify that* _____ Norman E. Siegel _____, *Bar #* _____ 70354 _____,

*was duly admitted to practice in this Court on*

_____ July 31, 1998 _____, *and is in good standing*

DATE

*as a member of the Bar of this Court.*

*Dated at* _____ Kansas City, Kansas _____ *on* _____ July 16, 2008 _____.

LOCATION                                          DATE

_____ TIMOTHY M. O'BRIEN _____          _____ *marla Gonzales* _____
CLERK                                                          DEPUTY CLERK

# EXHIBIT B

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Richard Kraemer, Individually<br>And On Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br>v.<br><br>Deutsche Bank AG and Deutsche Bank Securities<br>Inc.,<br><br>Defendants. | Civil Action No.: 08-cv-02788<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE* ON**<br>**WRITTEN MOTION**<br><br>ELECTRONICALY FILED CASE |

Upon the motion of Stephen A. Weiss, attorney for plaintiff Richard Kraemer, and said sponsor

of attorney's affidavit in support;

### IT IS HEREBY ORDERED that

> NORMAN E. SIEGEL
> Stueve Siegel Hanson
> 460 Nichols Road Suite, 200
> Kansas City, Missouri
> Email: nsiegel@stuevessiegel.com

is admitted to practice *pro hac vice* as counsel for Richard Kraemer in the above captioned case

in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel

shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2008

New York, New York

By: _____
                 United States District Court Judge

## CERTIFICATE OF SERVICE

J. Daniel Mora, being duly sworn, hereby deposes and says:

I am over the age of eighteen years and not a party to the within action and am

employed by the firm Seeger Weiss LLP, counsel for the plaintiff.

On July 23, 2008 I cause a true and correct copy of the foregoing

**PLAINTIFF'S MOTION TO ADMIT COUNSEL *PRO HAC VICE***, to serve via U.S. Mail, with

proper postage prepaid on all counsel of record at the following addresses:


**Stephen L. Saxl**
**Toby S Soli**
Greenberg Traurig, LLP (200 Park Ave.)
200 Park Avenue
New York, NY 10166
212-801-2100
212-688-2449 (fax)
saxls@gtlaw.com

**Deutsche Bank AG**
**Deutsche Bank Securities Inc.**


Dated:  July 23, 2008

_____
J. Daniel Mora