USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Richard Kraemer, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Deutsche Bank AG and Deutsche Bank Securities Inc.,<br><br>Defendants. | Civil Action No.: 08-cv-02788<br><br>ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION<br><br>ELECTRONICALY FILED CASE |

Upon the motion of Stephen A. Weiss, attorney for plaintiff Richard Kraemer, and said sponsor of attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>NORMAN E. SIEGEL
>Stueve Siegel Hanson
>460 Nichols Road Suite, 200
>Kansas City, Missouri
>Email: nsiegel@stuevessiegel.com

is admitted to practice *pro hac vice* as counsel for Richard Kraemer in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: August 5, 2008
New York, New York

By: _____
United States District Court Judge